RUDOLPH LEWITUS v. BROWN & SECCOMB.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX KNOPF, INC., v. ANTONIO PORTALE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TAPPE, INC., v. GEORGE LEARY, Impleaded with JULIA LEARY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ITMANN REALTY CORPORATION v. OSCAR GOLDBERGER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN GRABSKY v. ROBERT LIBOW and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER H. BERNSTEIN v. FRANK CARLSON.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLEARING REALTY CORPORATION v. JOSEPH J. POLLACI and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

YETTA ALSTER v. YETTA ROSSMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GREENBAUM WOODWORKING Co., INC., v. EDLIN. INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE MILLER v. DESPATCH SHIPPING CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED ERLER v. NASH HARLEM MOTOR CORPORATION and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEZA KRAUSZ v. MAX MOSKOWITZ.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR KAPLAN v. BOSTON EXCELSIOR Co., INC., a Foreign Corporation.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK v. FERDINAND HAENLEIN, Impleaded with PHILIP BERGER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS POLLACK v. SAM COHEN, Impleaded with THE LUGGAGE AND LEATHER GOODS MANUFACTURERS ASSOCIATION OF N. Y., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.